

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00458-CV

Frederick Stanton **DUNCAN**,
Appellant

v.

Shanna Nicole **DUNCAN**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18794
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: April 1, 2020

DISMISSED FOR WANT OF PROSECUTION

In this appeal of a post-divorce property division, Appellant's brief was due on February 14, 2020. *See* TEX. R. APP. P. 38.6(a). On February 24, 2020, we notified Appellant that no brief had been filed and advised Appellant to file a brief or a motion for extension of time to file the brief by March 5, 2020. After no brief or motion for extension of time to file the brief was timely filed, on March 10, 2020, we ordered Appellant to show cause in writing not later than March 20, 2020, why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). We

warned Appellant that if he failed to show cause in writing as ordered, this appeal would be dismissed without further notice.

To date, Appellant has filed no response to our March 10, 2020 order. We dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

PER CURIAM